UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER BURROWS, on behalf
of herself and others similarly
situated,

      Plaintiff,

v.                                           Case No. 8:11-cv-2250-T-24 AEP

BLUEWATER SUBS, INC., d/b/a
Subway, and LOU WYCOFF,

      Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Strike (Doc. No. 8), in which she moves to strike Defendant Bluewater Subs, Inc.'s Answer (Doc. No. 6). However, Bluewater has since filed a subsequent answer (Doc. No. 11) in response to the amended complaint, and as such, Plaintiff's motion to strike the original answer is denied as moot.

The Court notes, however, that the basis for Plaintiff's motion applies equally to the subsequent answer. Specifically, Plaintiff contends that Defendant Wycoff, who is proceeding pro se in this matter, cannot file an answer on behalf of Defendant Bluewater, because Bluewater is a corporation, and a corporation can only appear and be heard in this Court through counsel. The Court agrees.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiff's Motion to Strike (Doc. No. 8) is **DENIED AS MOOT**.

(2)    To the extent that the Answer filed on December 6, 2011 (Doc. No. 11) purports to be made on behalf of Defendant Bluewater, the Answer is stricken, because a

corporation can only appear and be heard in this Court through counsel. The Answer remains as to pro se Defendant Wycoff.

(3) Defendant Bluewater is directed to obtain counsel and to file a notice of appearance of new counsel by January 13, 2012. If Defendant Bluewater fails to comply, the Court would be willing to entertain a motion for entry of default against Defendant Bluewater.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of December, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendant Lou Wycoff, 339 7th Avenue North, St. Petersburg, FL 33715
Defendant Bluewater Subs, Inc., 339 7th Avenue North, St. Petersburg, FL 33715